Argued and submitted April 11, reversed and remanded with instructions to dismiss petition June 27, reconsideration denied August 17, petition for review allowed September 5, 1984 (297 Or 781)
See 299 Or 471, 703 P2d 232 (1985)

BILLINGTON et al,
*Respondents,*

*v.*

POLK COUNTY,
*Petitioner.*

(83-072; CA A31169)

683 P2d 568

Michael F. Najewicz, Polk County Legal Counsel, Dallas, argued the cause and filed the brief for petitioner.

No appearance for respondents.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

**PER CURIAM**

Polk County appeals from an order of LUBA that remanded the county's partial road vacation for further proceedings. The only issue is whether the county's action is a "land use decision" reviewable by LUBA. ORS 197.015(10). LUBA answered that question affirmatively, with one referee dissenting. We agree with the approach taken in the dissenting opinion of Referee Kressel and agree with his proposed result.

Reversed and remanded with instructions to dismiss the petition.